STATE OF NEW JERSEY v. ELIJAH NICHOLSON.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT NIVAL.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MILAGROS RIVERA.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY IANNUZZIO.

May 30, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL ROSE.

May 30, 1989.

Petition for certification denied.